UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00085-D-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORDER

GERARD RODERKUS FENNER,

    Defendant.

_____/

Before the Court is Defendant's Consent Motion to combine his supervised release violation hearing with his sentencing hearing. For good cause shown, the motion is GRANTED. The supervised release violation hearing in matter 4:12-CR-115-BR shall be set for September 23, 2021, at 9 a.m. in Courtroom 1 on the 7th floor of the United States District Court in Raleigh, North Carolina.

SO ORDERED this **20** day of September, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE