UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00085-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARD RODERKUS FENNER | ORDER TO SEAL |

On motion of the defendant, Gerard Roderkus Fenner, and for good cause shown, it is hereby ORDERED that **DE 116** be sealed until further notice by this Court.

SO ORDERED. This _6_ day of March, 2025.

JAMES C. DEVER III
United States District Judge