IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-85-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD RODERKUS FENNER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for return of property [D.E. 129] not later than October 3, 2025.

SO ORDERED. This __9__ day of September, 2025.

JAMES C. DEVER III
United States District Judge