IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-85-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD RODERKUS FENNER, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 135], the court DENIES defendant's motion for return of property [D.E. 129].

SO ORDERED. This 1( day of September, 2025.

                                                       JAMES C. DEVER III
                                                      United States District Judge